### 17214.  WILLIAMS *v.* FLANDERS.

JENKINS, P. J. "Though an attachment be absolutely void, this is no ground for dismissing a declaration thereon, praying for judgment in personam, where the declaration has been properly filed and the defendant duly cited to appear, and general appearance has been made therein." *Falligant* v. *Blitch*, 19 *Ga. App.* 675 (2) (91 S. E. 1057); *Watters* v. *O'Neill*, 27 *Ga. App.* 295 (2) (108 S. E. 257). Accordingly, where a declaration in attachment, praying for a general judgment in personam against the defendant, as well as a special lien upon the property levied upon under the attachment, is regularly filed, and personal service thereof had upon the defendant, and a general appearance has been made therein, it is not error to refuse the motion of defendant

Attachment, 6 C. J. 465, n. 71.

"to dismiss the declaration and cause of action," upon the ground that the attachment is void.

Judgment affirmed. Stephens and Bell, JJ., concur.

DECIDED JULY 20, 1926.

Attachment; from city court of Soperton—Judge Blount presiding. October 5, 1925.

Saffold & Sharpe, for plaintiff in error.

N. L. Gillis Jr., Dallam R. Jackson, contra.